E-Filed: JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0154-GHK (JWJx) | Date | February 10, 2009 |
|---|---|---|---|
| Title | *U.S. Bank National Association, as Trustee for UBS, etc. v. Luisa Orellana* | | |

**Presiding: The Honorable**   **GEORGE H. KING, U.S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

(none)   (none)

**Proceedings:**   **(In Chambers) Order Remanding Case to State Court**

On October 30, 2008, Plaintiff U.S. Bank National Association ("Plaintiff") filed the above-captioned Complaint in California State Court. On January 8, 2008, Defendant Luisa Orellana ("Defendant") filed a Notice of Removal in this Court. On January 20, 2009, we ordered Defendant to show cause why the above captioned case should not be remanded for lack of subject matter jurisdiction. Response to that Order to Show Cause ("OSC") was due by no later than February 3, 2009. The docket reflects that no such response has been timely filed, and that no extension was timely requested.

Pursuant to our OSC, Defendant is hereby **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is **REMANDED** to the state court from which it was removed. *See* 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

                                                                                                          : 
                                                Initials of Deputy Clerk       Bea